# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-258 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WILL A. JOHNSON, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge James Grimes's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Will A. Johnson and enter a finding of guilty against defendant. (Doc. No. 35.)

On May 3, 2023, the government filed an Indictment against defendant. (Doc. No. 15.) On December 18, 2023, this Court issued an order assigning this case to Magistrate Judge Grimes for the purpose of receiving defendant's guilty plea. (Doc. No. 33.)

On December 19, 2023, a hearing was held in which defendant entered a plea of guilty, as follows:

- Count 1, charging him with Distribution of Cocaine, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(A).

Magistrate Judge Grimes received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 35.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 of the indictment. The sentencing will be held on April 23, 2024, at 10:00 a.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: January 11, 2024

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**